IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COAST CITRUS DISTRIBUTORS, INC., | Case No.  25-cv-00805-MMC |
| Plaintiff, | |
| v. | **ORDER DIRECTING PARTIES TO SHOW CAUSE** |
| LOS ANGELES PRODUCE DISTRIBUTORS, LLC, et al., | |
| Defendants. | |

A Further Case Management Conference was held on May 8, 2026, at which conference the Court directed the parties to prepare and submit a Trial and Pretrial Schedule no later than May 22, 2026.  (See Doc. No. 68 ("Civil Minutes for May 8, 2026, Conference").)  To date, no party has filed said schedule or any other document.

Accordingly, plaintiff and defendants are hereby ORDERED TO SHOW CAUSE in writing and no later than July 17, 2026, why the above-titled action should not be dismissed for failure to prosecute and/or sanctions imposed for failure to comply with court orders.

**IT IS SO ORDERED.**

Dated: July 9, 2026

MAXINE M. CHESNEY
United States District Judge